Marc G. Wilhelm
ABA # 8406054
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501-2038
Phone: (907) 276-5727
Fax:   (907) 276-2953

Attorneys for Defendant
Evergreen International Aviation, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TAMMY PARTEE,<br>    Plaintiff,<br><br>v.<br><br>EVERGREEN INTERNATIONAL,<br>AVIATION, INC.,<br><br>    Defendant. | **Notice of Removal to**<br>**U.S. District Court**<br><br><br><br><br>Case No. _____ |

TO:  Clerk of the United States District Court
    For The District of Alaska

AND TO: Hugh W. Fleischer

  COMES NOW defendant, Evergreen International Aviation, Inc., and hereby gives notice that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, it has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: <u>Tammy Partee, plaintiff, vs. Evergreen International Aviation, Inc., defendant</u>, which was filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-10-4597 Civil. You are also notified that defendant

has filed a copy of this Notice of Removal with the Clerk of the Superior Court for the Third Judicial District at Anchorage, Case No. 3AN-10-4597 Civil, and that this action is thereby removed from the Superior Court to the United States District Court. (See Exhibit A hereto, "Notice of Removal to United States District Court".)

This Notice of Removal is being filed within thirty days after initial receipt of the complaint and is, therefore, timely filed under 28 U.S.C. § 1446(b). Service was effected on the corporate agent for service of process for defendant on August 13, 2010. Pursuant to 28 U.S.C. 1446(b), the notice of removal "shall be filed within thirty days after the receipt of the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." A copy of plaintiffs' Summons and Complaint for Damages are attached as Exhibit B.

Plaintiff Tammy Partee is a citizen of the State of Alaska. Defendant Evergreen International Aviation, Inc. is a corporation incorporated under the laws of the State of Oregon, with its principle place of business in Oregon. The amount in controversy exceeds $75,000.00.

Based on diversity of citizenship, this Court has removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

Richmond & Quinn, P.C.
Attorneys for Defendant
Evergreen International
Aviation, Inc.

DATED: 8/31/10    By: _____
Marc G. Wilhelm - ABA 8406054
360 K Street, Suite 200
Anchorage, Alaska 99501-2038
Telephone: (907) 276-5727
Fax: (907) 276-2953
mwilhelm@richmondquinn.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of September, 2010, a true and correct copy of the foregoing was served by mail on:

Hugh W. Fleischer
LAW OFFICE OF HUGH FLEISCHER
310 K Street, Suite 200
Anchorage, AK 99501

_____
RICHMOND & QUINN

1059\070\PLD\NOTICE OF REMOVAL (USDC)