**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

TAMMY PARTEE,
      Plaintiff,

                              Case Number 3:10-cv-00208-HRH

v.

EVERGREEN INTERNATIONAL AVIATION, INC.,
      Defendant.                **JUDGMENT IN A CIVIL CASE**

\_   **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendant Evergreen International Aviation, Inc., recover costs from the plaintiff Tammy Partee.

APPROVED:

/s/ H. RUSSEL HOLLAND
United States District Judge

Date: July 20, 2011

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

                                      /S/ MARVEL HANSBRAUGH
                                      Marvel Hansbraugh,
                                        Clerk of Court

[310cv208HRH judgment.wpd]{JMT2.WPT*Rev.3/03}